AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

United States of America
v.
MARIANO FRANCHY

*Defendant(s)*

)
)
)
)
)
)

Case No. **13-6197-BSS**

FILED BY _____ D.C.

**APR 1 8 2013**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 17, 2013 _____ in the county of _____ Broward _____ in the _____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C.  § 2252(a)(4)(B) | Knowing possession or knowing access with intent to view matter which contains any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if (i) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and (ii) such visual depiction is of such conduct. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jason Ginther, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 04/18/2013 _____

_____
*Judge's signature*

City and state: _____ Ft. Lauderdale, Florida _____

Barry S. Seltzer, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## SEARCH WARRANT

Your affiant is Jason Neil Ginther, Special Agent (SA) with the Federal Bureau of Investigation (FBI), who, being duly sworn, deposes and states as follows:

1.       I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 United States Code.  That is, I am an officer of the United States, who is empowered by law to conduct investigations of and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251 and 2252, et seq.  I have been a SA with the FBI since May 2010.  Prior to my employment with the FBI, I spent eleven (11) years as a Deputy Sheriff with the Orange County Sheriff's Office and four (4) years as a Military Policeman with the United States Marine Corps.  Currently, I am assigned to the Miami Field Office Innocent Images National Initiative, which targets individuals involved in the on-line sexual exploitation of children.  I also participate in other types of investigations involving crimes against children.  These investigations have included the use of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the execution of search, arrest and seizure warrants.

2.       I am conducting an investigation involving the sexual exploitation of children and related activities of the individual named herein. I have personally participated in the investigation, and because of my personal participation in, and reports made to me by, members of the participating law enforcement agencies, I am familiar with the facts and circumstances of this investigation. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children.  I have received training in the area of child pornography and child exploitation through the FBI.  I have

observed and reviewed examples of child pornography.  I also have assisted in several child pornography and child exploitation investigations, which have involved reviewing examples of child pornography in all forms of media including computer media, and have discussed and reviewed these materials with other law enforcement officers.  As an FBI agent, I have reviewed thousands of images and videos of child pornography.

3.      This affidavit is submitted in support of a Criminal Complaint charging MARIANO FRANCHY, hereinafter referred to as FRANCHY, with knowingly possessing matter which contained any visual depiction that had been shipped and transported in interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

4.      The statements contained in this affidavit are based upon my investigation, information provided by other sworn law enforcement officers, other personnel specially trained in the seizure and analysis of computers and electronic media, and on my experience and training as a Special Agent with the FBI.  Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.

## I.      BACKGROUND OF THE INVESTIGATION

5.      On February 14, 2013, your affiant, using investigative software, identified a computer on the ARES Peer to Peer (P2P) file sharing network whose shared folder contained

files believed to depict child pornography. Specifically, the IP address for the computer in question was listed as utilizing ARES user name canario4ever@Ares and sharing thirty eight (38) files with hash values of images and videos of suspected child pornography. These files included:

    a. kdv – little boy 10yr playing with man(2).avi
    b. dad_daughter_12_yo_cum_inside.avi
    c. 6yr – various fuck and show.avi
    d. !10yr mandy all.avi

6.    Law enforcement attempted to download several of these files from the target IP address. Between February 14, 2013 and February 19, 2013, your affiant was able to successfully download five (5) complete video files and nine (9) partial video files depicting child pornography from the target IP address. Three of the complete downloaded files depicting child pornography are described as follows:

- One complete downloaded file had a SHA-1 value (base32) listed as: **"WEAPLFZ3CHCWGGMJHXHUXSGGXDJ6NMVS."** The video file is 3 minutes and 57 seconds in length. The video has a caption that states "Tara: 8yrs old and she cums!". The video depicts a naked prepubescent female lying on a bed with an adult male inserting an object into her vagina. As the video continues, the caption changes to "now she gets ass fucked!" and depicts the same prepubescent female sitting on the lap of a naked adult males while he penetrates her from behind.

- A second complete downloaded file had a SHA-1 value (base32) listed as: **"VC75ALM3OTCNVGCKRRHQ3RJWRKIQE2CS."** This video file is 26 minutes and 47 seconds in length. It depicts a naked prepubescent female engaged in vaginal sexual intercourse with a naked adult male. The prepubescent female also performs oral sex on the adult male and the adult male then performs oral sex on the prepubescent female.

- The third complete downloaded file had a SHA-1 value (base 32) listed as: **"NBESU7BDJX5HAT2UV5CDCCQ7A5EHVBSN."** This video file is 6 minutes and 31 seconds in length and depicts an adult female performing oral sex on a naked prepubescent female. The prepubescent female later performs oral sex on an adult male and then engages in sexual intercourse with the adult male.

7.    A search of a publicly available online database indicated that the target IP address is registered to AT&T.  On March 08, 2013 a subpoena was issued to AT&T to determine the subscriber for the target IP address between 11:53am EST on February 14, 2013 and 12:59am EST on February 19, 2013, the date and time the files were downloaded.  Results from the subpoena revealed that the target IP address was assigned to an account registered to FRANCHY at 5600 SW 115th Avenue, Cooper City, Florida 33330.

8.    On March 22, 2013, agents conducted physical surveillance at 5600 SW 115th Avenue, Cooper City, Florida 33330 which was identified as a single story residential home.  A check for any open wireless accounts was conducted, and none were detected.

9.    On April 17, 2013, a federal search warrant was executed at the residence located at 5600 SW 115th Avenue in Cooper City, Florida.  FRANCHY was not at home.  The other two occupants of the residence, FRANCHY's daughter, Johanna Franchy ("Johanna") and her boyfriend, Carlos Marrero ("Marrero") were home.  Johanna and Marrero were interviewed by law enforcement and advised that they are boyfriend and girlfriend and they share a bedroom on a separate side of the house from MARIANO FRANCHY.  Both Johanna and Marrero have their own computers and they utilize Comcast as their internet service provider.  An on-site forensic preview of Johanna and Marrero's computers revealed no evidence of child pornography activity.  Both denied ever engaging in any activity on their computers relating to child pornography.

10.    Johanna advised law enforcement that her father resides alone in the master bedroom.  A desktop computer was located in the master bedroom, and an FBI forensic analyst conducted an on-site forensic preview of the computer, which was identified as an HP Pavilion desktop computer.  The file sharing program ARES was located on the computer and was

registered with the user name of "canario4ever". A folder titled "My Shared Folder" was found to contain approximately 200 videos and images, many of which had titles that are indicative of those found to depict child pornography. A review of three of the videos found in the folder verified that they are in fact child pornography and can be described as follows:

a. 6yr - various fuck and show.avi is a video which depicts a young female child who appears to be under the age of 10 displaying her genitalia. The video goes on to show an adult male vaginally penetrating the child.

b. 10 years pthc little girl loves adult sex.avi is a video which depicts a young female child who appears to be under the age of 12 performing oral sex on an adult male. The video further depicts the adult male anally penetrating the child.

c. pthc - 12yr girl anal.mpg is a video which depicts a young female child who appears to be under the age of 12 engaged in sexual activity with an adult male. The video further depicts the adult male performing oral sex on the child and then anally penetrating the child.

11.     While the search was being conducted, your affiant and FBI SA Catherine Koontz went to FRANCHY's place of employment, Memorial Hospital West, located at 703 N Flamingo Road in Pembroke Pines, Florida. FRANCHY was not read his Miranda Warning, but was advised that he was under no obligation to speak with law enforcement and was free to leave at any time. FRANCHY agreed to be interviewed. He admitted to using AT&T as his internet service provider and to keeping his computer in his bedroom at the Cooper City residence. However, when questioned about computer user names and the types of file sharing programs he utilizes, FRANCHY passed out. He regained consciousness several minutes later, and hospital staff took him to the emergency room for further observation. Sometime later, after FRANCHY had been attended to by hospital staff, we spoke with him again. He was coherent, aware of the date, time and location, and recalled what we had been discussing before he lost consciousness. He agreed to continue speaking with law enforcement. FRANCHY acknowledged that he understands what file sharing programs are and how they operate. He also admitted to

5

personally installing the file sharing programs ARES and Frostwire on the computer he keeps in his bedroom. FRANCHY further admitted to using the name "canario4ever" as his email screen name and as his user name for the ARES network. FRANCHY acknowledged that he was sharing files on the ARES network. When asked about child pornography activity, Franchy stated that he had unintentionally accessed child pornography on his computer while attempting to download other type of files. At that time, FRANCHY stated that he might want to talk with an attorney and the interview was immediately terminated.

## CONCLUSION

12.    Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that MARIANO FRANCHY knowingly possessed child pornography in violation 18 U.S.C. § 2252(a)(4)(B).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Special Agent Jason N. Ginther
Federal Bureau of Investigation

Sworn and subscribed before me this 18th day of Feb. , 2013, in Fort Lauderdale, Florida.

THE HONORABLE BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE